**Order entered January 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01254-CV

### IN THE INTEREST OF K.K., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-00489-X**

## ORDER

Before the Court is appellee's January 22, 2019 motion for an extension of time to file a

brief. We **GRANT** the motion and extend the time to **February 12, 2019**.


      /s/     BILL WHITEHILL
              JUSTICE